IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBIN DEMETRECE WATTS,
    Plaintiff,

vs.                              Case No. 5:07cv128/MCR/EMT

MARK SMITH, et al.,
    Defendants.
_____/

## ORDER

    Plaintiff, an inmate proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). Plaintiff has also submitted an application for leave to proceed in forma pauperis (Doc. 2).

    Plaintiff failed to provide the requisite supporting documentation for his motion to proceed in forma pauperis, specifically, <u>a prisoner consent form and financial certificate</u>. Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion with the required supporting documentation.

    Accordingly, it is **ORDERED**:

    1.    Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

    2.    The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

    3.    Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite <u>prisoner consent form and financial certificate</u>, including an attached computer printout of the transactions in his prison account.

dockets.Justia.com

      4.      Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

      **DONE AND ORDERED** this <u>13</u>th day of June 2007.


                                 /s/ *Elizabeth M. Timothy*
                                 **ELIZABETH M. TIMOTHY**
                                 **UNITED STATES MAGISTRATE JUDGE**