FLN (Rev. 4/2004) Deficiency Order                                                                                                   Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ROBIN DEMETRECE WATTS

    vs                                                               Case No. 5:07cv128/MCR/EMT

MARK SMITH, et al.

_____

## ORDER

Plaintiff's **"MS. ELIZABETH M. TIMOTHY I'M WRITING . . . "** with attachments, received by the court on September 10, 2007, was referred to the undersigned with the following deficiencies:

    The document is not properly captioned for this court.  Every paper filed after the complaint must have the name of this court.  The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing.  To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned.  *See* N.D. Fla. Loc. R. 5.1(B)(1).

    The document is not in proper form.  The title of the pleading, motion, or other paper must immediately follow the style of the case and shall include a clear, concise and specific identification of the document being filed and the filing party.  The body of the document should state the nature of the filing party's request and the relief sought from the court.  *See* N.D. Fla. Loc. R. 5.1(B)(2).

    Plaintiff should not attempt to correspond directly with a judge of this court.  Judges will not, as a matter of policy, respond to personal correspondence when it pertains to a pending case.  This policy is in keeping with their sworn duty to maintain complete impartiality in the exercise of duties.  Judicial decisions and opinions are, quite properly, only delivered in response to those legal instruments filed with the clerk's office in accordance with governing rules of procedure.  The court will return unfiled any correspondence addressed directly to a district or magistrate judge.  *See* N.D. Fla. Loc. R. 7.1(F)(1).

FLN (Rev. 4/2004) Deficiency Order                                                                                        Page 2 of 2

      The first page of the document does not have a bottom margin of at least two inches as required by N.D. Fla. Loc. R. 5.1(B)(3).

      The document is not one-sided.  Writing should appear on only one side of each page.

For these reasons, it is **ORDERED** that:

      The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing.  It may be resubmitted after the above-noted deficiencies are corrected.

**DONE and ORDERED** this 12th day of September 2007.


        /s/ *Elizabeth M. Timothy*
        **ELIZABETH M. TIMOTHY**
        **UNITED STATES MAGISTRATE JUDGE**

Case No. 5:07cv128/MCR/EMT