IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBIN DEMETRECE WATTS,
    Plaintiff,

vs.                                Case No.:  5:07cv128/MCR/EMT

MARK SMITH, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 3, 2009 (Doc. 72).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Defendants' motions for summary judgment (Docs. 29, 34) are **GRANTED** as to Plaintiff's Fourth and Fourteenth Amendment claims.

    3.  Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to assert them in state court.

    4.  Judgment shall be entered in favor of Defendants.

**DONE AND ORDERED** this 16th day of March, 2009.

                                                              s/ *M. Casey Rodgers*
                                                              **M. CASEY RODGERS**
                                                              **UNITED STATES DISTRICT JUDGE**